# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RUBBY JAMES GRAY,**                                                                         **PLAINTIFF**

**V.**                    **CASE NO. 3:19-CV-268-LPR-BD**

**SUSAN COX and**
**P. MARSHALL**                                                                                **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal, filed by Magistrate Judge Beth Deere. (Doc. 32). The parties have not filed objections. After careful review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

The Defendants' Motion for Summary Judgment (Doc. 26) is GRANTED.[1] Judgment will be entered in favor of Defendants. All other pending motions are DENIED as moot.

IT IS SO ORDERED this 5th day of October 2020.

                                                                       LEE P. RUDOFSKY
                                                                       UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff does not appear to be asserting any state law claims. To the extent that she is, I agree with Judge Deere's Recommendation. I decline to exercise supplemental jurisdiction over such claims.