IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RUBBY JAMES GRAY,**                                                      **PLAINTIFF**

**V.**                     **CASE NO. 3:19-CV-268-LPR-BD**

**SUSAN COX and**
**P. MARSHALL**                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that summary judgment is GRANTED to Defendants and judgment is entered in their favor. To the extent that the Complaint stated any state law claims, those claims are DISMISSED without prejudice.

IT IS SO ORDERED this 5th day of October 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE